UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-CV-80155-COHN

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

U.S. MORTGAGE FUNDING, INC.,
a Florida corporation,

DEBT REMEDY PARTNERS, INC.,
a Florida corporation,

LOWER MY DEBTS.COM, LLC,
a Florida limited liability company,

DAVID MAHLER, individually and as an officer
of Debt Remedy Partners, Inc. and
as a former officer of U.S. Mortgage, Inc.

JOHN INCANDELA, JR., a.k.a. Jonathan
Incandela, Jr., individually and as a former director
of U.S. Mortgage Funding, Inc. and a manager of
Lower My Debts.com, LLC, and

JAMEN LACHS, individually and as an officer of
U.S. Mortgage Funding, Inc.,

    Defendants.
_____

### ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISSOLVE OR MODIFY TEMPORARY RESTRAINING ORDER

**THIS CAUSE** is before the Court on Defendants Debt Remedy Partners, Inc. and David Mahler ("the Mahler Defendants"), Opposition to and Motion to Dissolve, or Alternatively, to Modify *Ex Parte* Temporary Restraining Order [DE 28] ("Motion"). The Court has reviewed the Motion, the declaration attached thereto, and held an evidentiary hearing on February 16, 2011, wherein the Court heard the testimony of FTC Investigator Michael Liggins, the presentation of the Temporary Receiver, Michael Goldberg, and the oral argument of counsel for the FTC and the Mahler Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Dissolve, or Alternatively, to Modify *Ex Parte* Temporary Restraining Order [DE 28] is **GRANTED IN PART AND DENIED IN PART**.

2. Except as specifically set forth below, the Amended TRO is dissolved forthwith solely as to Debt Remedy Partners, Inc. and David Mahler, as well as the Additional Receivership Defendants, Blue Water, LLC, Procorp Debt Solutions, LLC, and Procorp Debt Solutions II, LLC.  See DE 23.

3. Defendant Debt Remedy Partners, Inc., and Additional Receivership Defendants, Blue Water, LLC, Procorp Debt Solutions, LLC, and Procorp Debt Solutions II, LLC, shall, until 9:00 a.m. on February 24, 2011, remain subject to a modified receivership.  The Temporary Receiver, Michael Goldberg, shall relinquish day to day control of the operations of Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants Procorp Debt Solutions, LLC and Procorp Debt Solutions II, LLC to the Mahler Defendants who may recommence ordinary and necessary business operations; such entities shall not, however, engage in the business of loan or mortgage modification. Any expenses incurred in such operations shall be advanced by Defendant David Mahler individually or from businesses not named in or otherwise subject to this Order.  The Mahler Defendants shall provide a written report to the Temporary Receiver by 6:00 p.m. on Tuesday, February 22, 2011, detailing the expenses incurred by and paid for Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants, Procorp Debt Solutions, LLC and Procorp Debt Solutions II, LLC during the period of this modified receivership and certifying that those three companies have not, during the period of this modified receivership,

engaged in the business of loan or mortgage modification. During the period of this modified receivership, Additional Receivership Defendant Blue Water, LLC (a) shall not operate or otherwise engage in any active business operations; (b) shall not incur any debts or obligations; and (c) shall provide the Temporary Receiver such reports and information as the Temporary Receiver requests.

4. The asset freeze portion of the Amended TRO is dissolved forthwith as to Defendant David Mahler and as to all such persons, entities, and businesses as may be associated with him who are not either a named Defendant herein (other than Defendant David Mahler) or an Additional Receivership Defendant. David Mahler shall provide a written report to the Temporary Receiver between 4:00 p.m. and 5:00 p.m. on Tuesday, February 22, 2011, which sets forth all withdrawals, transfers, or disbursements made from the accounts listed on schedule "A" attached hereto that occur between February 9, 2011, and the time the report is filed. The report shall set forth the date and amount of any such withdrawal, transfer, or disbursement, and shall identify the recipient of any such withdrawal, transfer, or disbursement. David Mahler shall provide a supplemental written report to the Temporary Receiver between 4:00 p.m. and 5:00 p.m. on Wednesday, February 23, 2011, which sets forth all withdrawals, transfers, or disbursements made from the accounts listed on schedule "A" attached hereto between the time Mr. Mahler files the report on February 22, 2011, and the time he files the supplemental report on February 23, 2011. The supplemental report shall also set forth the date and amount of any such withdrawal, transfer, or disbursement, and shall identify the recipient of any such withdrawal, transfer, or disbursement.

5. The asset freeze portion of the Amended TRO shall remain in effect as to Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants until 9:00 o'clock a.m. on Thursday, February 24, 2011. The accounts that remain subject to the asset freeze are listed on Schedule "B" attached hereto.

6. Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants Procorp Debt Solutions, LLC and Procorp Debt Solutions II, LLC may employ their business assets and property, other than the depository accounts listed on Schedule "B", in the ordinary and necessary operation of their respective businesses.

7. A hearing is set for 10:00 a.m. on February 23, 2011, at the United States Courthouse, Courtroom 203E, 299 East Broward Boulevard, Fort Lauderdale, Florida, at which time the Court shall entertain the FTC's and the Mahler Defendants' and the Additional Receivership Defendants' presentation of evidence and argument upon the FTC's motion for preliminary injunction.

8. In all other respects as to the remaining Defendants not specifically addressed herein, the Amended TRO shall remain in full force and effect. In particular, the appointment of the Receiver over Defendants US Mortgage Funding, Inc. and Lower My Debts.com, Inc. shall continue unaffected by anything provided in this Order.

**DONE AND ORDERED** in Chambers at Broward County, Florida this 18th day of February, 2011.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies to All Counsel of Record

## Schedule "A"

Reliable Response Marketing
Chase/ account ending xxxxx0077

Accurate Response Marketing, LLC
Chase/ account ending xxxxx4285

Accurate Reliable Marketing, LLC
Chase/ account ending xxxxx7239

Mahler Personal Account
Wells/ account ending xxxxx0350

Mahler Personal Account
Chase/ account ending xxxxx5753

Debt Remedy Solutions, LLC
Wells/ account ending xxxxx0879

## Schedule "B"

Debt Remedy Partners
Florida Shores/
account ending xxxxx3722
account ending xxxxx3720


Pro Corp Debt Solutions
Chase/
account ending xxxxx7528
account ending xxxxx62375


Blue Water, LLC
Chase/
account ending xxxxx1523
account ending xxxxx6900
account ending xxxxx7429