UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-CV-80155-COHN

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

U.S. MORTGAGE FUNDING, INC.,
a Florida corporation,

DEBT REMEDY PARTNERS, INC.,
a Florida corporation,

LOWER MY DEBTS.COM, LLC,
a Florida limited liability company,

DAVID MAHLER, individually and as an officer
of Debt Remedy Partners, Inc. and
as a former officer of U.S. Mortgage, Inc.

JOHN INCANDELA, JR., a.k.a. Jonathan
Incandela, Jr., individually and as a former director
of U.S. Mortgage Funding, Inc. and a manager of
Lower My Debts.com, LLC, and

JAMEN LACHS, individually and as an officer of
U.S. Mortgage Funding, Inc.,

    Defendants.
_____

## ORDER

**THIS CAUSE** is before the Court sua sponte.

On February 23, 2011, the Court concluded an evidentiary hearing on Plaintiff Federal Trade Commission's Motion for Preliminary Injunction. The parties have until 12:00 p.m. on Monday, February 28, 2011, to submit written argument regarding the evidence received at the hearing. Pursuant to the terms of the Amended *Ex Parte* Temporary Restraining Order with Asset Freeze [DE 21]; Order Granting Emergency Motion to Expand Receivership [DE 23], and the Order Granting in Part and Denying in Part Motion to Dissolve or Modify

Temporary Restraining Order [DE 41], "Defendant Debt Remedy Partners, Inc., and Additional Receivership Defendants, Blue Water, LLC, Procorp Debt Solutions, LLC, and Procorp Debt Solutions II, LLC shall, until 9:00 a.m. on February 24, 2011, remain subject to a modified receivership" as set forth in those orders.  See DE 41 at 2; see also DE 21; DE 23.  Likewise, those orders provide that "[t]he asset freeze portion of the Amended TRO shall remain in effect as to Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants until 9:00 o'clock a.m. on Thursday, February 24, 2011."  See DE 41 at 2; see also DE 21; DE 23.

Because the Court has not yet ruled on the FTC's motion for preliminary injunction, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Debt Remedy Partners, Inc., and Additional Receivership Defendants, Blue Water, LLC, Procorp Debt Solutions, LLC, and Procorp Debt Solutions II, LLC shall, until 5:00 p.m. on March 1, 2011, remain subject to a modified receivership as set forth in DE's 21, 23, and 41. Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants Procorp Debt Solutions, LLC and Procorp Debt Solutions II, LLC shall not engage in the business of loan or mortgage modification. David Mahler and Debt Remedy Partners, Inc. shall provide a written report to the Temporary Receiver by 6:00 p.m. on Tuesday, March 1, 2011, detailing the expenses incurred by and paid for Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants, Procorp Debt Solutions, LLC and Procorp Debt Solutions II, LLC during the period of this modified receivership and certifying that those three companies have not, during the period of this modified receivership, engaged in the

2

business of loan or mortgage modification. During the period of this modified receivership, Additional Receivership Defendant Blue Water, LLC (a) shall not operate or otherwise engage in any active business operations; (b) shall not incur any debts or obligations; and (c) shall provide the Temporary Receiver such reports and information as the Temporary Receiver requests.

2. David Mahler shall provide a written report to the Temporary Receiver between 4:00 p.m. and 5:00 p.m. on Monday, February 28, 2011, which sets forth all withdrawals, transfers, or disbursements made from the accounts listed on schedule "A" attached hereto that occur between the filing of his supplemental report on February 23, 2011, and the time he files his report on February 28, 2011. The report shall set forth the date and amount of any such withdrawal, transfer, or disbursement, and shall identify the recipient of any such withdrawal, transfer, or disbursement.

3. The asset freeze portion of the Amended TRO shall remain in effect as to Defendant Debt Remedy Partners, Inc. and Additional Receivership Defendants until 5:00 p.m. on March 1, 2011.

4. In all other respects as to the remaining Defendants not specifically addressed herein, the Amended TRO shall remain in full force and effect. In particular, the appointment of the Receiver over Defendants US Mortgage Funding, Inc. and Lower My Debts.com, Inc. shall continue unaffected by anything provided in this Order.

**DONE AND ORDERED** in Chambers at Broward County, Florida this 24th day of February, 2011.

_____
JAMES I. COHN
United States District Judge

3

**Schedule "A"**

Reliable Response Marketing
Chase/ account ending xxxxx0077

Accurate Response Marketing, LLC
Chase/ account ending xxxxx4285

Accurate Reliable Marketing, LLC
Chase/ account ending xxxxx7239

Mahler Personal Account
Wells/ account ending xxxxx0350

Mahler Personal Account
Chase/ account ending xxxxx5753

Debt Remedy Solutions, LLC
Wells/ account ending xxxxx0879