UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-CV-80155-COHN/SELTZER

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

U.S. MORTGAGE FUNDING, INC.,
a Florida corporation,

DEBT REMEDY PARTNERS, INC.,
a Florida corporation,

LOWER MY DEBTS.COM, LLC,
a Florida limited liability company,

DAVID MAHLER, individually and as an officer
of Debt Remedy Partners, Inc. and
as a former officer of U.S. Mortgage, Inc.,

JOHN INCANDELA, JR., a.k.a. Jonathan
Incandela, Jr., individually and as a former director
of U.S. Mortgage Funding, Inc. and a manager of
Lower My Debts.com, LLC, and

JAMEN LACHS, individually and as an officer of
U.S. Mortgage Funding, Inc.,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S FOURTH MOTION FOR AWARD OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD APRIL 16, 2011 THROUGH JUNE 15, 2011

**THIS CAUSE** is before the Court on the Receiver's Fourth Motion for Award of Fees and Reimbursement of Expenses Incurred During the Period April 16, 2011 through June 15, 2011 [DE 101] ("Motion"). The Court has reviewed the Motion, the attachments thereto, the docket in the case, and is otherwise advised in the premises.[1]

---

    [1]    No party filed a response to the Motion and the time for filing a response has passed.

In the Motion, Michael I. Goldberg, the Court-appointed Receiver in this matter, seeks $5,067.50.00 in fees for 23.90 hours of services performed from April 16, 2011, through June 15, 2011.  Likewise, the Receiver seeks $46.44 for expenses.  The Receiver therefore seeks a total award of $5,113.94.  The Court has reviewed the billing and expense records, as well as the resumes of the Receiver and his colleagues.[2]  After evaluating the factors set forth in Johnson v. Ga. Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), abrogated on other grounds by Blanchard v. Bergeron, 489 U.S. 87 (1989), the Court finds that the hourly rates charged by the Receiver and his colleagues are reasonable given their professional experience and the relative difficulty of this matter.  Likewise, the Court finds the number of hours billed in this matter to be reasonable.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Receiver's Fourth Motion for Award of Fees and Reimbursement of Expenses Incurred During the Period April 16, 2011 through June 15, 2011 [DE 101] is **GRANTED**.  The Receiver shall recover $5,113.94 from the assets subject to the receivership as set forth in the Court's Order Granting in Part and Denying in Part Motion for Preliminary Injunction and Asset Freeze [DE 59].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of July, 2011.

JAMES I. COHN
United States District Judge

---

[2] The Receiver in this matter has agreed to a voluntary reduction of his customary rate from $625 per hour to $425 per hour, and also has reduced the rates of other professionals working on this matter.